IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DENNIS NEWTON, | ) | |
| | ) | |
| Plaintiff/Claimant, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cv-00828-RAH |
| | ) | |
| FRANK BISIGNANO, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

## ORDER AND FINAL JUDGMENT

On July 22, 2025, the Magistrate Judge filed a Report and Recommendation (Recommendation) (doc. 19) to which no objections have been filed.  In the Recommendation, the Magistrate Judge recommends that Plaintiff/Claimant's requested relief – reversal of the final decision of the Commissioner of Social Security – be denied and that the decision of the Commissioner of Social Security be affirmed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Report and Recommendation (doc. 9) is **ADOPTED**.

2. Plaintiff/Claimant Dennis Newton's Complaint (doc. 1) and Brief (doc. 13), construed as a summary judgment motion, is **DENIED**;

3. Defendant/Respondent Commissioner of Social Security's Answer (doc. 9) and Memorandum (doc. 17), construed as a summary judgment motion, is **GRANTED**;

4. The decision of the Commissioner of Social Security is **AFFIRMED**;

5. This matter is **DISMISSED**.

DONE, on this the 8th day of August 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE